## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| Mark McGriff, Board of Trustees Chairman and William Nix, Board of Trustees Secretary, on behalf of INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND; et al., | )<br>)<br>)<br>)<br>) |
| vs. | ) Case No. 1:18-cv-1067-RLY-MPB |
| HENRY F. TEICHMANN, INC., | )<br>)<br>) |
| Defendant. | ) |

### PLAINTIFFS' FED. R. CIV. P. 41(a)(1)(i) NOTICE OF DISMISSAL

Plaintiffs **Mark McGriff, Board of Trustees Chairman, and William Nix Board of Trustees Secretary, on behalf of INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND; Mark McGriff, Board of Trustees Chairman, and Greg Hauswald, Board of Trustees Secretary on behalf INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS DEFINED CONTRIBUTION PENSION TRUST FUND; Mark McGriff, Board of Trustees Co-Chairman and William Nix, Board of Trustees Co-Chairman, on behalf of INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND; Mark McGriff, Board of Trustees Chairman, and Joe Coar, Board of Trustees Secretary, on behalf of INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND; Douglas J. McCarron, Board of Trustees Chairman, on behalf of UNITED BROTHERHOOD OF CARPENTERS APPRENTICESHIP TRAINING FUND OF NORTH AMERICA;** and, **INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS**, by their attorneys, **PAUL T. BERKOWITZ & ASSOCIATES, LTD.**, move pursuant to FRCP, Rule

41(a)(1)(i), to voluntarily dismiss this action against Defendant **HENRY F. TEICHMANN, INC.,** without prejudice:

    In the interests of the parties and this Court, Plaintiffs hereby file this Fed. R. Civ. P. 41(a)(1)(i) Notice of Dismissal.

    For the above stated reasons, this action should be dismissed without prejudice.

    Respectfully submitted,

    **PAUL T. BERKOWITZ & ASSOCIATES, LTD.**

    By    /s/ Paul T. Berkowitz
    **PLAINTIFFS' ATTORNEYS**

PAUL T. BERKOWITZ & ASSOCIATES, LTD.
123 West Madison Street, Suite 600
Chicago, Illinois  60602
(312) 419-0001
(312) 419-0002 – FAX
paul@ptblaw.com
Attorney ID #19025-49

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

None

I hereby certify that on April 23, 2018, I mailed the foregoing document by United States Postal Service to the following non-CM/ECF participant:

>Henry F. Teichmann, Inc.
>3009 Washington Road
>McMurray, PA 15317

/s/Paul T. Berkowitz

PAUL T. BERKOWITZ & ASSOCIATES, LTD.
123 W. Madison Street, Suite 600
Chicago, Illinois  60602
(312) 419-0001
(312) 419-0002 FAX
paul@ptblaw.com
Attorney ID #19025-49